Chapter 13 Plan Form, Revised 10/24/2005

**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
__Southern__ **DISTRICT OF MISSISSIPPI**    CASE NO. __11-51958__

Debtor __Charles Jefferson__ SS # XXX-XX-__9001__ Current Monthly Income $ __1815.05__
Joint Debtor __Sandra Jefferson__ SS # XXX-XX-__8436__ Current Monthly Income $ __1069.20__
Address __36 Carl Jones Road, Laurel, MS 39443__    No. of Dependents __3__
Telephone No. __601-433-6261__ TAX REFUNDS AND EIC FOR DISTRIBUTION: _____

THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $ __906.00__ per (__monthly__ / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
    A payroll deduction order will be issued to Debtor's employer @: __Swift Transportation Corp.__
    __2200 S 75th Ave__
    __Phoenix, AZ 85043__

(B)    Joint Debtor shall pay $ _____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
    A payroll deduction order will be issued to Debtor's employer @: _____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ __509.03__ @$ __8.48__ /mo
State Tax Commission $ _____ @$ _____ /mo    Other $ _____ @$ _____ /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** _____

beginning _____ in the amount of $ _____ per month shall be paid:
____ direct    ____ through payroll deduction    ____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** __MS Dept of Human Services__
__CRDU, P.O. Box 4301__
__Jackson MS 39296__

In the amount of $ __2611.41__ shall be paid $ _____ per month:
____ through payroll deduction    __X__ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: _____ BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG PMTS TO: _____ BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG PMTS TO: _____ BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG ARREARS TO: _____ THROUGH _____ $ _____ @$ _____ /MO*
    (*including interest at ____%)
MTG ARREARS TO: _____ THROUGH _____ $ _____ @$ _____ /MO*
    (*including interest at ____%)
MTG ARREARS TO: _____ THROUGH _____ $ _____ @$ _____ /MO*
    (*including interest at ____%)

Debtor's Initials __CJ__    Joint Debtor's Initials __SJ__    CHAPTER 13 PLAN, PAGE 1 OF __2__

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Community Bank | 01 Expedition / 94 Nissan Sentra | 2255.00 | 2285.00 | 7% | 2679.17 | 44.65 |
| Bank of Jones Cty | 07 Nissan Altima | 15340.25 | 15775.80 | 7% | 15899.10 | 264.16 |
| Leroy Stokely | 886 Magnolia Rd | 28000.00 | 25000.00 | 0% | 28000.00 | 466.67 |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Community Bank | 886 Magnolia / 36 Carl Jones Rd. | 70,362.28 | Disputed - Pay Zero |
| Community Bank | 861 Magnolia / 604 Ellisville Blvd | 197,366.86 | Abandon |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: _____

**UNSECURED DEBTS** totaling approximately $ 15,512.58 are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: ___ IN FULL or __0__ % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2800.00
Attorney Fees Previously Paid $ 926.00
Attorney fees to be paid through the plan $ 1874.00

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent
_____
_____
Telephone/Fax_____

Attorney for Debtor (Name/Address/Phone # / Email)
Tracee Darby
2637 Ridgewood Road, Ste G
Jackson, MS 39216
Telephone/Fax 601-724-2194 / 769-235-7?
E-mail Address tracee@darbylawfirm.net

DATE: 09/07/2011    DEBTOR'S SIGNATURE
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE